**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-2323**

───────────

MICHAEL A. FOWLER,

Plaintiff - Appellant,

versus

CITY OF RALEIGH PARKS AND RECREATION DEPART-
MENT; GENE TOMLINSON; DANNY F. MORGAN; STANLEY
K. MARSHBURN; JERRY M. HOBBY; ALLEN B. HALL,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  W. Earl Britt, Senior Dis-
trict Judge.  (CA-98-351-5-BR)

───────────

Submitted:  December 17, 1998      Decided:  December 30, 1998

───────────

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Michael A. Fowler, Appellant Pro Se.  Dorothy K. Woodward, CITY OF
RALEIGH, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael A. Fowler appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fowler v. City of Raleigh Parks and Recreation Department, No. CA-98-351-5-BR (E.D.N.C. Aug. 11, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED